

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-80,363-03

## EX PARTE NORBERTO AHUMADA LUCIO, Applicant

### ON APPLICATION FOR WRIT OF HABEAS CORPUS
### CAUSE NO. 09-CR-2611
### IN THE 357TH DISTRICT COURT FROM CAMERON COUNTY

*Per curiam*.  RICHARDSON, J., filed a concurring statement.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967).  Applicant was convicted of theft in the aggregate and sentenced to ten years' imprisonment.  He did not appeal his conviction.

On November 27, 2013, this application was remanded to determine why the judgment in the *nunc pro tunc* order has four separate counts and four separate sentences when the offense was for theft in the aggregate.  On February 27, 2014, this Court received the trial court's supplemental findings of fact and conclusions of law.  The trial court recommended that we deny the application

and that the error in the judgment be corrected by a third *nunc pro tunc*. However, this Court was not sent a copy of such judgment *nunc pro tunc*.

On November 26, 2014, this Court ordered the trial court to supplement the record with the correct *nunc pro tunc* judgment, or make findings of fact and conclusions of law as to why a *nunc pro tunc* has not been entered in this cause. To date, this Court has received neither. Therefore, the trial court is ordered to forward to this Court a copy of the *nunc pro tunc* judgment. Once the *nunc pro tunc* judgment has been entered by the trial court, a copy of that judgment shall be forwarded to the Texas Department of Criminal Justice – Correctional Institutions Division, and confirmation of that transmittal shall also be included in its response to this remand order. No further fact finding by the trial court is ordered or allowed concerning this application.

We order the trial court to resolve this issue within 15 days of this order. A supplemental transcript shall be forwarded to this Court within 30 days of the date of this order. No extensions will be entertained.

Delivered: March 18, 2015

Do Not Publish